

NUMBER 13-09-00266-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TROY MEADORS,                                                    Appellant,

v.

THE STATE OF TEXAS,                                             Appellee.

### On Appeal from the 319th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, Troy Meadors, by and through his attorney, has filed a motion to withdraw

his appeal because he no longer desires to prosecute it.  *See* TEX. R. APP. P. 42.2(a).

Without passing on the merits of the case, we grant the motion to withdraw the appeal and

dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.2(a).  Having

dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 1st day of October, 2009.